**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

Fawn Costin, individually and on )
behalf of all others similarly situated, )
            )
     Plaintiff, )
            )
     v. )     No.   1:18-cv-345-SEB-DML
            )
MiraMed Revenue Group, LLC, an )
Illinois limited liability company, )
            )
     Defendant. )

**JOINT MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Fawn Costin, and Defendant, MiraMed Revenue Group, LLC

("MiraMed") (the "Defendant"), submit this Joint Motion, pursuant to Fed. R. Civ. P. 23,

for certification of a settlement class and preliminary approval of the Class Action

Settlement Agreement.  In support of this motion, the parties state:

1.     A Class Action Settlement Agreement, dated June 8, 2018, and attached

as Exhibit 1, has been entered into by the parties.

2.     The proposed Class Notice is attached as Exhibit 2.

3.     The proposed Order Granting Preliminary Approval to the Class Action

Settlement Agreement is attached.

4.     The parties represent to the Court:

A.     That the proposed settlement was reached through arms-length

negotiations between Plaintiff's Counsel and Defendant's Counsel;

1

B.   That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendant of the FDCPA; and,

C.   That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendant with respect to any of the material allegations in the Complaint, and that Defendant specifically deny that its actions constitute a violation of the FDCPA to any extent whatsoever.

5.    Plaintiff's Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion.  The Declaration of one of Plaintiff's counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 3.

6.    Defendant agrees to the certification, pursuant to Fed.R.Civ.P. 23(b)(3), of a settlement class consisting of all persons, from whom Defendant attempted to collect a defaulted time-barred consumer debt that was allegedly owed to Franciscan Healthcare Indianapolis, via the same form collection letter that Defendant sent to Plaintiff (Complaint Exhibit C), from February 6, 2017 to the present.  (the "Class").

7.    Defendant also agrees to the appointment of Fawn Costin as representative of the Class and the appointment of her attorneys, David J. Philipps, Mary E. Philipps, Angie K. Robertson and Carissa K Rasch of Philipps & Philipps, Ltd., and John T. Steinkamp as Class Counsel.

2

WHEREFORE, the parties request that this Court certify the settlement Class requested herein, grant preliminary approval to the Class Action Settlement Agreement and enter the attached order.

Dated: July 20, 2018

Plaintiff's Counsel,

/s/ David J. Philipps

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp  (Ind. Bar No. 19891-49)
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

Defendant MiraMed's Counsel,

/s/ Nabil G. Foster
Nabil G. Foster        (Ill. Bar. No. 06273877)
Hinshaw & Culbertson, LLP
151 N. Franklin Street
Suite 2500
Chicago, Illinois 60606
(312) 704-3000
(312) 704-3001 (FAX)
nfoster@hinshawlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2018, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Nabil G. Foster                                nfoster@hinshawlaw.com
Hinshaw & Culbertson, LLP
151 N. Franklin Street
Suite 2500
Chicago, Illinois 60606


John T. Steinkamp                          steinkamplaw@yahoo.com
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


<u>/s/David J. Philipps</u>
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

4