# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Fawn Costin, individually and on )
behalf of all others similarly situated, )
)
    Plaintiff, )
)
v. )   No. 1:18-cv-345-SEB-DML
)
MiraMed Revenue Group, LLC, an )
Illinois limited liability company, )
)
    Defendant. )

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), for final approval of the class action settlement in this matter. In support of this motion, Class Counsel states:

1. The initial Class Action Complaint in this matter was filed on February 6, 2018 (Dkt. 1).

2. On June 8, 2018, the parties entered into a Class Action Settlement Agreement ("Settlement Agreement") (Dkt. 32).

3. On August 9, 2018, that Settlement Agreement was, pursuant to F.R.C.P. 23, preliminarily approved by this Court (Dkt. 33).

4. On August 30, 2018, the class settlement notice was mailed to the 1,493 class members by the U.S. Postal Service. Included with each notice was a self-addressed, postage pre-paid return envelope. The result of the mailing is as follows: 63 notices were returned by the United States Postal Service that were undeliverable; 30 of which were re-mailed to a new address; 241 members of the class returned a claim form. No objections were received, no members of the Class sought leave of this Court

to intervene, and 1 class member (Sherry R. Dugann) opted-out of this class settlement (Dkt. 39). In Class Counsel's experience, the claim rate for similar cases is about 10%, and the 16% claim rate here is a good result.

5. The Settlement Agreement sets forth that Defendant has agreed to pay $1,000 to the Class Representative, Fawn Costin for statutory damages and to pay $20,000 to the Class, which will be distributed pro-rata to each of the 241 class members who returned a claim form; any unclaimed funds will be paid equally to Indiana Legal Services, Inc., and the National Association of Consumer Advocates, Inc., as a cy pres remedy. (Dkt. 32-1 at ¶ 8(c)).

6. The settlement negotiations were conducted at arms-length and in good faith among all counsel, with the assistance of the Court, and the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class.

7. Additionally, Defendant has also agreed to pay Class Counsel $22,500 for their attorneys' fees and costs and is paying First Class, Inc. for the costs of sending out the class notice and claim from, administering claims and distributing the settlement fund (Dkt. 32-1). Class Counsel has submitted a motion to award them fees and costs, which details their hourly rates, as well as the hours worked and costs incurred in this matter, which show that these fees and costs exceed the amount to be paid.

8. As detailed in Class Counsel's Declaration (Dkt. 41-1), attached to Class Counsel's Motion to Award Attorneys' Fees and Costs, Class Counsel has been appointed class counsel in more than 200 FDCPA classes over the past 27 years, and

believes that the settlement in this matter is fair and adequate for the Plaintiff and all members of the Class.

9.     Accordingly, Class Counsel requests that this Court grant final approval of the Class Action Settlement which has obtained $1,000 for the class representative and $20,000 for the class.

WHEREFORE, Class Counsel hereby requests that this Court grant final approval of the Class Action Settlement in this matter (Dkt. 32-1), via entry of the attached agreed form of Order, which Order also resolves the motion regarding attorneys' fees and costs (Dkt. 41).

Respectfully submitted,

By:/s/ David J. Philipps_____
Class Counsel

Dated: November 19, 2018

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Carissa K. Rasch     (Ill. Bar No. 06327475)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com
carissa@philippslegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2018, a copy of the foregoing **Motion for Final Approval of Class Action Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nabil G. Foster                                      nfoster@hinshawlaw.com
Hinshaw & Culbertson, LLP
151 N. Franklin
Suite 2500
Chicago, Illinois 60606

/s/David J. Philipps
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

4